

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2021

No. 04-21-00220-CV

**IN THE INTEREST OF H.A.J.R., L.R.R., AND M.R.R.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01028
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file her brief. Appellant's motion is GRANTED. Appellant is ordered to file her brief on or before August 30, 2021. No further extensions will be granted.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court